IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, INC. : : : Plaintiff, : : CIVIL ACTION v. : NO. 09-3573 : THE ESTATE OF JERRY RICCARDO, : DENISE RICCARDO et al : : Defendants. : | |

**ORDER**

**AND NOW**, this **3rd** day of **February, 2010**, it is hereby **ORDERED** that Defendants' motion to dismiss (doc. no. 8) is **GRANTED in part and DENIED in part**. The motion is granted as to Counts I, II, and III and denied as to Count IV of the Amended Complaint.

**IT IS FURTHER ORDERED** that a status and scheduling conference is **SCHEDULED** for **March 5, 2010** at **10:00 A.M.** before the Honorable Eduardo C. Robreno in Courtroom 11A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

<u>S/Eduardo C. Robreno</u>

**EDUARDO C. ROBRENO, J.**