```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, INC., | : : : | CIVIL ACTION NO. 09-03573 |
| Plaintiff, | : : | |
| v. | : : | |
| THE ESTATE OF JERRY RICCARDO et al. | : : : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **10th** day of **August, 2011,** it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 43) is **GRANTED** and that Plaintiff's Motion for Leave to File an Amended Complaint (doc. no. 40) is **DENIED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　S/Eduardo C. Robreno

　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**